IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL PUSHA**
**ADC #105492**                                                                  **PLAINTIFF**

**v.**                          **Case No. 4:18-cv-00719-KGB**

**CHRIS PIAZZA, Circuit Judge,**
**Second Division, Pulaski County**
**Circuit Court,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Michael Pusha's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 11th day of February, 2019.

_____
Kristine G. Baker
United States District Judge